## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OFAMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 CR 436 |
| | ) | |
| v. | ) | HON. Jeremy C. Daniels |
| | ) | Judge Presiding |
| DENIS JOINER | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF MOTION

TO:     All Attorneys of Record on the Federal Court's CM/ECF Computer system

**PLEASE TAKE NOTICE** that on September 10,  2025, at 10:45 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jeremy C. DANIELS, or whomever shall be sitting in her stead, in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **MOTION TO RECONSIDER BAIL.**

Respectfully submitted,

77 W. WASHINGTON, SUITE 1507
Chicago, IL  60602                                    /s/ Brunell Donald-Kyei
(773) 354-6701                                        BRUNELL DONALD-KYEI
Atty. No. 6274829

1