**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                        Case No.: 1:25–cr–00436

                                        Honorable Jeremy C. Daniel

Denis Joiner

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel as to Denis Joiner: Motion hearing held and continue to 9/18/2025 at 9:30 a.m. Defendant appeared in custody with the assistance of defense counsel. Motion for reconsideration of bail [15] is entered and continued. Pretrial Services shall evaluate the suitability of third party custodians Yvonne Williams and Patricia L Thomas. The supplemental report is due on 9/17/2025 at 1:30 p.m. Defense Counsel's oral motion to appear by Webex is granted. At least 10 mins prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us–courts.webex.com/meet/Judge_Daniel. ALL PARTICIPANTS MUST TYPE IN THEIR NAME WHEN JOINING THE VIDEO CONFERENCE AND YOUR CAMERA MUST BE ON WHEN YOUR CASE IS CALLED. You can use the dial in option ONLY if you do not have access to a device with video capability: (650)–479–3207, the access code is: 2315 750 8728. All participants must be in a quiet area while on the line and must be muted until your case is called. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.