## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                          Case No.: 1:25–cr–00436

                                          Honorable Jeremy C. Daniel

Denis Joiner

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel as to Denis Joiner: Status hearing held and continued to 11/18/2025 at 9:30 a.m. Without objection, time is excluded from 9/10/2025 to 11/18/2025 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice and to permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation, with such delay outweighing the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.